# Exhibit 4

https://images.sunfrogshirts.com/2017/03/29/0EE026F3-155D-158F-B447205EC3C2ABE5.jpg





https://images.sunfrogshirts.com/2017/03/22/81088-1490156327734-Gildan-Men-Black-_w91_-front.jpg







https://images.sunfrogshirts.com/2017/03/15/81088-1489553636765-Gildan-Men-Black-_w93_-front.jpg











https://images.sunfrogshirts.com/2017/03/14/20903-1489499879256-Gildan-Men-Dark-Grey-_w92_-front.jpg













