# Exhibit 9

...22AM FAX 0049413124441222 ZA-LÜNEBURG ☑ 0005/0005



Case 2:17-cv-00711-JPS   Filed 05/30/17   Page 2 of 3   Document 10-9

# UPS MAIL INNOVATIONS

UM226631659US

v0.17.301

**FROM**
ATTN: SUNFROG SHIRTS
SUNFROG SHIRTS
1782 OROURKE BLVD.
GAYLORD MI 49735
UNITED STATES

**SHIP TO**

CN 22
May be opened officially

**Customs Declaration**

- [ ] Gift
- [ ] Commercial Sample
- [ ] Documents
- [x] Other: NOT FOR RESALE

| Qty | Detailed description of contents | Weight Lbs Oz | Value (US$) |
|---|---|---|---|
| 2 | Apparel 6252292 | | $9.00 |

For commercial use only. If known, HS tariff number and country of origin goods.

| | Total Weight | Total Value (US$) |
|---|---|---|
| United States | 1 Lbs 1 Oz | $9.00 |

Exemption/Exclusion Legend    NOEEI ? 30.37(a)

I certify the particulars given in this customs declaration are correct. This item does not contain any dangerous article, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under the Foreign Trade Regulations.

Sender's Signature and Date

12/Mar/2017

INTL PRIORITY AIRMAIL
U.S. POSTAGE PAID
JAMAICA, NY 11430
PERMIT NO. 9032

PAR AVION
INTERNATIONAL PRIORITY AIRMAIL

80175880129595324 4
USPS