# Exhibit 13

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 1 | March |  |  | https://www.sunfrog.com/Automotive/115817222-476242273.html<br><br>https://images.sunfrogshirts.com/2017/03/14/20903-1489498505264-Gildan-Men-Navy-Blue-_w92_-front.jpg | Bomman |
| 2 | March |  |  | https://www.sunfrog.com/115815301-476201927.html<br><br>https://images.sunfrogshirts.com/2017/03/14/20903-1489497283801-Gildan-Men-White-_w92_-front.jpg | Bomman |

1

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 3 | March |  |  | https://www.sunfrog.com/115816210-476220858.html<br><br>https://images.sunfrogshirts.com/2017/03/14/20903-1489497866747-Gildan-Men-White-_w92_-front.jpg | Bomman |
| 4 | March |  |  | https://www.sunfrog.com/115816849-476234189.html<br><br>https://images.sunfrogshirts.com/2017/03/14/20903-1489498266539-Gildan-Hoo-White-_w92_-front.jpg | Bomman |

2

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 5 | March |  |  | https://www.sunfrog.com/115818713-476274174.html<br><br>https://images.sunfrogshirts.com/2017/03/20903-1489499457379-Gildan-Men-Black-_w92_-front.jpg | Bomman |
| 6 | March |  |  | https://www.sunfrog.com/115819379-476287584.html<br><br>https://images.sunfrogshirts.com/2017/03/14/20903-1489499879256-Gildan-Men-Dark-Grey-_w92_-front.jpg | Bomman |

3

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 7 | March |  |  | https://www.sunfrog.com/115820020-476300335.html<br><br>https://images.sunfrogshirts.com/2017/03/14/20903-1489500297769-Gildan-Men-Black-_w92_-front.jpg | Bomman |
| 8 | March |  |  | https://www.sunfrog.com/115911027-478005045.html<br><br>https://images.sunfrogshirts.com/2017/03/15/20903-1489557817778-Gildan-Men-White-_w91_-front.jpg | Bomman |

4

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 9 | March |  |  | https://www.sunfrog.com/115926825-478294304.html<br><br>https://images.sunfrogshirts.com/2017/03/15/20903-1489567708303-Gildan-Men-Black-_w93_-front.jpg | Bomman |
| 10 | March |  |  | https://www.sunfrog.com/Sports/115818051-476259829.html<br><br>https://images.sunfrogshirts.com/2017/03/14/20903-1489499033455-Gildan-Hoo-White-_w92_-front.jpg | Bomman |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 11 | March |  |  | https://www.sunfrog.com/Biker-Dad.html<br><br>https://images.sunfrogshirts.com/2016/02/18/Biker-Dad.jpg | MrThanh_VN_99688679 |
| 12 | March |  |  | https://www.sunfrog.com/Biker-Shirt--Its-Not-The-Destination-Its-The-Ride.html<br><br>https://images.sunfrogshirts.com/2016/02/18/Biker-Shirt--Its-Not-The-Destination-Its-The-Ride.jpg | MrThanh_VN_99688679 |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 13 | March |  |  | https://www.sunfrog.com/Names/109457363-289840492.html<br><br>https://images.sunfrogshirts.com/2016/11/26/69207-1480173762425-Gildan-Men-Black-_w92_-front.jpg | Nguyenkhanhngoc |
| 14 | March |  |  | https://www.sunfrog.com/Biker-Grandma-90892950-Guys.html<br><br>https://images.sunfrogshirts.com/2016/02/18/Biker-Grandma.jpg | MrThanh_VN_99688679 |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 15 | March |  |  | https://www.sunfrog.com/Outdoor/114662719-449335216.html<br><br>https://images.sunfrogshirts.com/2017/03/03/89099-1488528520397-Gildan-Men-Navy-Blue-_w93_-front.jpg | Revivekt3 |
| 16 | March |  |  | https://www.sunfrog.com/Automotive/115051140-457924252.html<br><br>https://images.sunfrogshirts.com/2017/03/06/74907-1488834291951-Coffee-Mug-White-_w91_-front.jpg | Dragan |

8

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 17 | March |  |  | https://www.sunfrog.com/114924041-455018914.html<br><br>https://images.sunfrogshirts.com/2017/03/05/89099-1488736517541-Gildan-Men-Dark-Grey-_w93_-front.jpg | Revivekt3 |
| 18 | March |  |  | https://www.sunfrog.com/motorcycle-221042961-Guys-Black.html<br><br>https://images.sunfrogshirts.com/2016/09/09/74907-1473426686750-Gildan-Men-Black-_w92_-front.jpg | Dragan |

9

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 19 | March |  |  | https://www.sunfrog.com/Harley-Bitch-Shirt.html<br><br>https://images.sunfrogshirts.com/Harley%20Bitch.jpg | PugsAreUs |
| 20 | March |  |  | https://www.sunfrog.com/Automotive/110207856-312883726.html<br><br>https://images.sunfrogshirts.com/2016/12/09/9537-1481297447786-Gildan-Hoo-Black-_w92_-back.jpg | Tonyvuthi |

10

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 21 | March |  |  | https://www.sunfrog.com/116849692-500305605.html?86817<br><br>https://images.sunfrogshirts.com/2017/03/23/86817-1490285145758-Gildan-Men-Dark-Grey-_w93_-front.jpg | DesignBySunTee |
| 22 | March |  |  | https://www.sunfrog.com/116030746-480680545.html?75226<br><br>https://images.sunfrogshirts.com/2017/03/16/643AF3F5-155D-1590-89616D1D160AC485.jpg | Peterbilt |

11

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 23 | March |  |  | https://www.sunfrog.com/116031320-480694637.html?75226<br><br>https://images.sunfrogshirts.com/2017/03/16/75226-1489663356395-Xlusion--L-Black-_w93_-front.jpg | Peterbilt |
| 24 | March |  |  | https://www.sunfrog.com/116949319-502586689.html?81088<br><br>https://images.sunfrogshirts.com/2017/03/24/81088-1490368726256-Gildan-Hoo-Black-_w93_-front.jpg | BW999 |

12

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 25 | March |  |  | https://www.sunfrog.com/115791725-475755867.html<br><br>https://images.sunfrogshirts.com/2017/03/14/75226-1489477140887-Xlusion--L-Black-_w93_-front.jpg | Peterbilt |
| 26 | March |  |  | https://www.sunfrog.com/115788600-475686199.html<br><br>https://images.sunfrogshirts.com/2017/03/14/F44F0BE7-155D-1590-89B11B2C25E9E178.jpg | Peterbilt |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 27 | March |  |  | https://www.sunfrog.com/115786678-475648380.html<br><br>https://images.sunfrogshirts.com/2017/03/14/F34E5AC9-155D-1590-896A28059892C1A4.jpg | Peterbilt |
| 28 | March |  |  | https://www.sunfrog.com/115778241-475480905.html<br><br>https://images.sunfrogshirts.com/2017/03/14/EEB2FB81-155D-1590-89E60EA86124F82B.jpg | Peterbilt |

14

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 29 | March |  |  | https://www.sunfrog.com/Hobby/114172977-436339574.html<br><br>https://images.sunfrogshirts.com/2017/02/24/71216-1487962182047-Gildan-Men-Black-_w93_-front.jpg | Nguyenhuuhz |
| 30 | March |  |  | https://www.sunfrog.com/Funny/IM-THE-BIKER-Purple-Guys.html<br><br>https://images.sunfrogshirts.com/2016/05/18/IM-THE-BIKER-Purple-_w91_-front.jpg | FoxKun |

Case 2:17-cv-00711-JPS   Filed 05/30/17   Page 16 of 57   Document 11-13

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 31 | March |  |  | https://www.sunfrog.com/Automotive/Passed-by-a-Sportster-254954272-Guys-Royal-Blue.html<br><br>https://images.sunfrogshirts.com/2016/10/31/81096-1477927733929-Gildan-Men-Royal-Blue-_w91_-front.jpg | Florencetoliver |
| 32 | March |  |  | https://www.sunfrog.com/Automotive/Sportster-Sickness-Guys-Black.html<br><br>https://images.sunfrogshirts.com/2016/10/20/80104-1476979708795-Gildan-Men-Black-_w92_-front.jpg | GraphicGod |

16

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 33 | March |  |  | https://www.sunfrog.com/116667671-495880919.html?81088<br><br>https://images.sunfrogshirts.com/2017/03/22/81088-1490156339343-Gildan-Lad-White-_w91_-front.jpg | BW999 |
| 34 | April |  |  | https://www.sunfrog.com/114761795-451604416.html?75233<br><br>https://images.sunfrogshirts.com/2017/03/03/EAE4F0C7-155D-158F-CB2FC67E9EF785F9.jpg | Tomhandsome |

17

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 35 | April |  |  | https://www.sunfrog.com/Biker-PaPa-50863765-Guys.html?70244<br><br>https://images.sunfrogshirts.com/2015/05/28/Biker-PaPa.jpg | hiepstudio123 |
| 36 | April |  | Back design<br><br> | https://www.sunfrog.com/116199139-484622986.html?81088&usi_discount=SAVE10APR17<br><br>https://images.sunfrogshirts.com/2017/03/18/81088-1489811212827-Gildan-Hoo-White-_w91_-front.jpg | BW999 |

18

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 37 | April |  |  | https://www.sunfrog.com/118190603-534980684.html<br><br>https://images.sunfrogshirts.com/2017/04/05/723695E5-155D-158F-B47D79468E68102D.jpg | Bomman |
| 38 | April |  |  | https://www.sunfrog.com/115892577-477625254.html?75237<br><br>https://images.sunfrogshirts.com/2017/03/14/81088-1489547234097-Gildan-Men-White-_w93_-front.jpg | BW999 |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 39 | April |  |  | https://www.sunfrog.com/117497523-515954155.html?75237<br><br>https://images.sunfrogshirts.com/2017/03/29/0EE66F72-155D-158F-B4267678945584A1.jpg | POKA |
| 40 | April |  |  | https://www.sunfrog.com/118143846-533683828.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491376769639-Gildan-Men-Black-_w91_-front.jpg | Bomman |

Case 2:17-cv-00711-JPS   Filed 05/30/17   Page 21 of 57   Document 11-13

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 41 | April |  |  | https://www.sunfrog.com/118194101-535064473.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491406293325-Gildan-Lad-Green-_w91_-front.jpg | Bomman |
| 42 | April |  |  | https://www.sunfrog.com/118143646-533677969.htm<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491376662027-Gildan-Men-Black-_w91_-front.jpg | Bomman |

21

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 43 | April |  |  | https://www.sunfrog.com/118159888-534153561.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491385408192-Gildan-Men-Black-_w91_-front.jpg | Bomman |
| 44 | April |  |  | https://www.sunfrog.com/118142769-533654638.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491376226685-Gildan-Men-Black-_w91_-front.jpg | Bomman |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 45 | April |  |  | https://www.sunfrog.com/118160872-534184136.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491385987582-Gildan-Men-Black-_w91_-front.jpg | Bomman |
| 46 | April |  |  | https://www.sunfrog.com/118160112-534160570.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491385539429-Gildan-Men-Black-_w91_-front.jpg | Bomman |

23

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 47 | April |  |  | https://www.sunfrog.com/118144330-533697903.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491377037140-Gildan-Men-Black-_w91_-front.jpg | Bomman |
| 48 | April |  |  | https://www.sunfrog.com/118145197-533722948.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491377515578-Gildan-Men-Black-_w91_-front.jpg | Bomman |

24

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 49 | April |  |  | https://www.sunfrog.com/117451670-514770430.html<br><br>https://images.sunfrogshirts.com/2017/03/29/30387-1490778173020-Gildan-Men-Black-_w91_-front.jpg | viethoang3791 |
| 50 | April |  |  | https://www.sunfrog.com/118139968-533583129.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491374798630-Gildan-Men-White-_w91_-front.jpg | Bomman |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 51 | April |  |  | https://www.sunfrog.com/118102937-532558591.html<br><br>https://images.sunfrogshirts.com/2017/04/04/11113-1491353112794-Gildan-Lad-Black-_w93_-front.jpg | Adesignz |
| 52 | April |  |  | https://www.sunfrog.com/118144050-533689853.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491376880561-Gildan-Men-Black-_w91_-front.jpg | Bomman |

26

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 53 | April |  |  | https://www.sunfrog.com/118141816-533630031.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491375715157-Gildan-Men-White-_w91_-front.jpg | Bomman |
| 54 | April |  |  | https://www.sunfrog.com/118142063-533636569.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491375851381-Gildan-Men-White-_w91_-front.jpg | Bomman |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 55 | April |  |  | https://www.sunfrog.com/118193153-535039193.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491405676221-Gildan-Hoo-Black-_w91_-front.jpg | Bomman |
| 56 | April |  |  | https://www.sunfrog.com/113703961-421890070.html<br><br>https://images.sunfrogshirts.com/2017/02/18/82352-1487424557976-Gildan-Men-Black-_w91_-front.jpg | BestTeeHQ |

28

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 57 | April |  |  | https://www.sunfrog.com/115924999-478261356.html<br><br>https://images.sunfrogshirts.com/2017/03/15/20903-1489566371393-Gildan-Men-Black-_w93_-front.jpg | Bomman |
| 58 | April |  |  | https://www.sunfrog.com/Sports/116313958-487251686.html<br><br>https://images.sunfrogshirts.com/2017/03/18/20903-1489895178233-Gildan-Men-Black-_w91_-front.jpg | Bomman |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 59 | April |  |  | https://www.sunfrog.com/Sports/115924544-478253052.html<br><br>https://images.sunfrogshirts.com/2017/03/15/20903-1489566051191-Gildan-Men-White-_w91_-front.jpg | Bomman |
| 60 | April |  |  | https://www.sunfrog.com/114677275-449692279.html?80432<br><br>https://images.sunfrogshirts.com/2017/03/8/0432-1488537301830-Gildan-Men-Black-_w93_-front.jpg | Nguong |

30

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 61 | April |  |  | https://www.sunfrog.com/Sports/117639616-519759223.html<br><br>https://images.sunfrogshirts.com/2017/03/31/5AFFADF9-155D-158F-B480C90F595341E5.jpg | Izi |
| 62 | April |  |  | https://www.sunfrog.com/121794139-633315804.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/29/75226-1493520955687-Xlusion--L-Black-_w91_-front.jpg | Zorotaz |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 63 | April |  |  | https://www.sunfrog.com/Sports/118160454-534171317.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491385733468-Gildan-Men-Black-_w91_-front.jpg | Bomman |
| 64 | April |  |  | https://www.sunfrog.com/Sports/118144945-533716131.html<br><br>https://images.sunfrogshirts.com/2017/04/05/20903-1491377389365-Gildan-Men-Black-_w91_-front.jpg | Bomman |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 65 | April |  |  | https://www.sunfrog.com/Sports/119811417-579700095.html<br><br>https://images.sunfrogshirts.com/2017/04/17/20903-1492487897423-Coffee-Mug-Black-_w93_-front.jpg | Bomman |
| 66 | April |  |  | https://www.sunfrog.com/117641548-519811668.html<br><br>https://images.sunfrogshirts.com/2017/03/31/5BEBE973-155D-158F-B4F9A7097F4A3B63.jpg | Izi |

33

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 67 | April |  |  | https://www.sunfrog.com/Sports/119811406-579699672.html<br><br>https://images.sunfrogshirts.com/2017/04/17/20903-1492487892080-Coffee-Mug-Black-_w92_-front.jpg | Bomman |
| 68 | April |  |  | https://www.sunfrog.com/Sports/119811296-579695928.html<br><br>https://images.sunfrogshirts.com/2017/04/17/20903-1492487841610-Coffee-Mug-White-_w91_-front.jpg | Bomman |

34

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 69 | April |  |  | https://www.sunfrog.com/119811332-579697034.html<br><br>https://images.sunfrogshirts.com/2017/04/17/20903-1492487854946-Coffee-Mug-White-_w91_-front.jpg | Bomman |
| 70 | April |  |  | https://www.sunfrog.com/Sports/119811493-579702112.html<br><br>https://images.sunfrogshirts.com/2017/04/17/20903-1492487926683-Coffee-Mug-Black-_w91_-front.jpg | Bomman |

35

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 71 | April |  |  | https://www.sunfrog.com/119811401-579699668.html<br><br>https://images.sunfrogshirts.com/2017/04/17/20903-1492487891836-Coffee-Mug-White-_w91_-front.jpg | Bomman |
| 72 | April |  |  | https://www.sunfrog.com/Sports/119811294-579695884.html<br><br>https://images.sunfrogshirts.com/2017/04/17/20903-1492487839300-Coffee-Mug-Black-_w93_-front.jpg | Bomman |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 73 | April |  |  | https://www.sunfrog.com/119811428-579700519.html<br><br>https://images.sunfrogshirts.com/2017/04/17/20903-1492487904261-Coffee-Mug-White-_w91_-front.jpg | Bomman |
| 74 | April |  |  | https://www.sunfrog.com/119811474-579701610.html<br><br>https://images.sunfrogshirts.com/2017/04/17/20903-1492487919954-Coffee-Mug-White-_w93_-front.jpg | Bomman |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 75 | April |  |  | https://www.sunfrog.com/119811425-579700373.html<br><br>https://images.sunfrogshirts.com/2017/04/17/20903-1492487902236-Coffee-Mug-White-_w91_-front.jpg | Bomman |
| 76 | March/April |  |  | https://www.sunfrog.com/117687236-521034322.html?86817<br><br>https://images.sunfrogshirts.com/2017/03/31/86817-1490976530682-Gildan-Lad-Black-_w91_-front.jpg | DesignbySunTee |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 77 | March |  |  | https://www.sunfrog.com/116815592-499593213.html?81088<br><br>https://images.sunfrogshirts.com/2017/03/23/81088-1490254202640-Gildan-Men-Black-_w93_-front.jpg | BW999 |
| 78 | April |  |  | https://www.sunfrog.com/117866353-526039240.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/02/DA3CD842-155D-158F-B4916EB3481868EF.jpg | Zorotaz |

39

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 79 | April |  |  | https://www.sunfrog.com/121798466-633452581.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/29/75226-1493523374339-Xlusion--L-Black-_w91_-front.jpg | Zorotaz |
| 80 | April |  |  | https://www.sunfrog.com/121795079-633346802.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/29/75226-1493521467935-Xlusion--L-Black-_w91_-front.jpg | Zorotaz |

40

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 81 | April |  |  | https://www.sunfrog.com/121796242-633383877.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/29/75226-1493522121341-Xlusion--L-Black-_w91_-front.jpg | Zorotaz |
| 82 | April |  |  | https://www.sunfrog.com/121796570-633393535.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/29/75226-1493522300261-Xlusion--L-Black-_w91_-front.jpg | Zorotaz |

41

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 83 | April |  |  | https://www.sunfrog.com/121796970-633405931.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/29/75226-1493522528591-Xlusion--L-Black-_w91_-front.jpg | Zorotaz |
| 84 | April |  |  | https://www.sunfrog.com/121798132-633442303.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/29/75226-1493523192327-Xlusion--L-Black-_w91_-front.jpg | Zorotaz |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 85 | April |  |  | https://www.sunfrog.com/121797839-633433318.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/29/75226-1493523030852-Xlusion--L-Black-_w91_-front.jpg | Zorotaz |
| 86 | April |  |  | https://www.sunfrog.com/121796780-633400555.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/29/75226-1493522431390-Xlusion--L-Black-_w91_-front.jpg | Zorotaz |

43

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 87 | April |  |  | https://www.sunfrog.com/120006766-585441097.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/19/75226-1492594053117-Gildan-Men-Black-_w93_-front.jpg | Zorotaz |
| 88 | March |  |  | https://www.sunfrog.com/115800139-475924293.html?75226<br><br>https://images.sunfrogshirts.com/2017/03/14/75226-1489486477673-Gildan-Lad-Black-_w91_-front.jpg | Zorotaz |

44

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 89 | March |  |  | https://www.sunfrog.com/115787499-475662916.html?75226<br><br>https://images.sunfrogshirts.com/2017/03/14/75226-1489474183141-Gildan-Men-Navy-Blue-_w93_-front.jpg | Zorotaz |
| 90 | March |  |  | https://www.sunfrog.com/115787790-475668699.html?75226<br><br>https://images.sunfrogshirts.com/2017/03/14/F3E99984-155D-1590-898FE60CDBDB8D3B.jpg | Zorotaz |

45

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 91 | March |  |  | https://www.sunfrog.com/115788158-475676240.html?75226<br><br>https://images.sunfrogshirts.com/2017/03/14/F419D0C0-155D-1590-89F16C1D7C2A5D51.jpg | Zorotaz |
| 92 | March |  |  | https://www.sunfrog.com/115788600-475686250.html?75226<br><br>https://images.sunfrogshirts.com/2017/03/14/F44F731D-155D-1590-89DEBE5E5D7A3460.jpg | Zorotaz |

46

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 93 | March |  |  | https://www.sunfrog.com/115789009-475696244.html?75226<br><br>https://images.sunfrogshirts.com/2017/03/14/F47E46B9-155D-1590-89661A81C15E3CE0.jpg | Zorotaz |
| 94 | March |  |  | https://www.sunfrog.com/117729507-522152507.html?75226<br><br>https://images.sunfrogshirts.com/2017/03/31/8C26E355-155D-158F-CB58715CBCA7DF47.jpg | Zorotaz |

47

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 95 | April |  |  | https://www.sunfrog.com/117733824-522267287.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/01/75226-1491022084578-Gildan-Lad-Black-_w92_-front.jpg | Zorotaz |
| 96 | April |  |  | https://www.sunfrog.com/117734667-522290138.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/01/75226-1491022859557-Gildan-Lad-Black-_w92_-front.jpg | Zorotaz |

48

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 97 | April |  |  | https://www.sunfrog.com/117735255-522305759.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/01/75226-1491023372744-Gildan-Lad-Black-_w92_-front.jpg | Zorotaz |
| 98 | April |  |  | https://www.sunfrog.com/117862987-525954330.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/02/D878DA84-155D-158F-B4889765BFC1696A.jpg | Zorotaz |

49

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 99 | March |  |  | https://www.sunfrog.com/115801982-475948077.html?75226<br><br>https://images.sunfrogshirts.com/2017/03/14/75226-1489488287547-Gildan-Men-Black-_w91_-front.jpg | Zorotaz |
| 100 | March |  |  | https://www.sunfrog.com/115845016-476801716.html?75226<br><br>https://images.sunfrogshirts.com/2017/03/14/0C15ACB1-155D-158F-B4092B6540711B34.jpg | Zorotaz |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 101 | April |  |  | https://www.sunfrog.com/117863559-525967052.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/02/D8BD246C-155D-158F-B4EC4EDAC5369484.jpg | Zorotaz |
| 102 | April |  |  | https://www.sunfrog.com/117866616-526048035.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/02/DA6FB951-155D-158F-B45BDB8EF98B6960.jpg | Zorotaz |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 103 | April |  |  | https://www.sunfrog.com/118368238-539796472.html?75226 https://images.sunfrogshirts.com/2017/04/07/CA189C24-155D-158F-CB0D3B7C5086A865.jpg | Zorotaz |
| 104 | April |  |  | https://www.sunfrog.com/118384398-540253688.html?75226 https://images.sunfrogshirts.com/2017/04/07/75226-1491562434149-Gildan-Men-Black-_w91_-front.jpg | Zorotaz |

52

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 105 | April |  |  | https://www.sunfrog.com/120013307-585620540.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/19/75226-1492596880712-Gildan-Men-Black-_w93_-front.jpg | Zorotaz |
| 106 | April |  |  | https://www.sunfrog.com/120325875-594379637.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/21/9F0EE6FC-155D-1590-9E2CECEEF7A47228.jpg | Zorotaz |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 107 | April |  |  | https://www.sunfrog.com/120326914-594401317.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/21/9F4A51A5-155D-1590-9E21675207D0F96C.jpg | Zorotaz |
| 108 | April |  |  | https://www.sunfrog.com/120957271-611673696.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/24/75226-1493090045270-Gildan-You-Black-_w92_-front.jpg | Zorotaz |

54

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 109 | April |  |  | https://www.sunfrog.com/121832311-634414338.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/30/750A2845-155D-1590-9EE98FB364569E6F.jpg | Zorotaz |
| 110 | April |  |  | https://www.sunfrog.com/121795570-633362147.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/29/75226-1493521743141-Xlusion--L-Black-_w91_-front.jpg | Zorotaz |

| Design No. | 2017 Month | Infringing Product Image | Infringing Design Excerpt | SunFrog URLs | SunFrog Seller |
|---|---|---|---|---|---|
| 111 | April |  |  | https://www.sunfrog.com/121795393-633356687.html?75226\<br><br>https://images.sunfrogshirts.com/2017/04/29/75226-1493521642935-Xlusion--L-Black-_w91_-front.jpg | Zorotaz |
| 112 | April |  |  | https://www.sunfrog.com/121794389-633323853.html?75226<br><br>https://images.sunfrogshirts.com/2017/04/29/75226-1493521089044-Xlusion--L-Black-_w91_-front.jpg | Zorotaz |

56